IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES,

        Plaintiff,

    vs.

DARTANIEL PRUITT,

        Defendant.

Case No. 19-CR-30148-SMY

**ORDER**

Defendant Dartaniel Pruitt is charged by Indictment with interference with commerce by robbery in violation of 18 U.S.C. §§ 1951 and 1952 (Count I), and Carry and Use of a Firearm During a Crime of Violence in violation of 18 U.S.C. §§ 924(c)(1)A)(iii) and (2) (Count II).  Now pending before the Court is Pruitt's Motion to Reconsider the Order of Detention and for Bond Pending Trial (Doc. 50) to which the Government responded (Doc. 53).  The Court finds that a hearing on the motion is unnecessary.  For the following reasons, the Motion is **DENIED**.

All criminal defendants have the right to be presumed innocent and the right to pretrial release.  However, pretrial release may be denied if the Court determines there are no conditions of release that will reasonably assure the appearance of the defendant as required and the safety of other persons and the community.  In making this determination, there are several factors considered by the Court under 18 U.S.C.A. § 3142(g).  These factors include: the nature and circumstances of the offense charged; the weight of evidence against the criminal defendant; the history and characteristics of the person; and the danger to any person or the community that would be posed by the person's release.  Upon motion and after a hearing, Defendant Pruitt was detained by Magistrate Judge Christopher C. Bly (United States District Court for the Northern District of

1

Georgia), on November 5, 2019 based on the violent nature of the alleged crime, a prior conviction, and a presumption in favor of detention based on the nature of the charges, among other reasons. Defendant now seeks reconsideration of the order of detention pursuant to 18 U.S.C. § 3142(f)(2) and argues that release is warranted because of possible exposure to the Covid-19 coronavirus at the Marion County Jail, where Defendant is being detained pending trial.

Pursuant to § 3142(f)(2), a detention hearing may be reopened "at any time before trial if the judicial officer finds that information exists that was not known to the movant at the time of the hearing and that has a material bearing on the issue whether there are conditions of release that will reasonably assure the appearance of such person as required and the safety of any other person and the community." As the government points out, Defendant argues that the possibility of being infected with the novel coronavirus warrants release pending trial but does not address the factors outlined in § 3142(g) bearing on whether release will reasonably assure the presence of the Defendant as required or the safety of any other person and the community.

The Court is mindful that Covid-19 instills fear in the general public and Defendant. However, the mere possibility that Defendant may become infected, even though he is not at heightened risk for severe illness, does not warrant his release under the statute. Accordingly, Defendant's Motion for Reconsideration (Doc. 50) is **DENIED**.

**IT IS SO ORDERED.**

**DATED: November 24, 2020**

**STACI M. YANDLE**
**United States District Judge**